UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kelvin J. Miles,
1900 Minnesota Ave SW
Apartment B-6
Washington, DC 20020

      Plaintiff,

  v.

UNITED STATES OF AMERICA,
c/o U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530,

      Defendant.

Civil Action No. 24-2016

## <u>NOTICE OF REMOVAL OF A CIVIL ACTION</u>

Pursuant to 28 U.S.C. § 1442(a)(1), the Westfall Act, 28 U.S.C. § 2679(d)(2), and 28 U.S.C. § 1446, Defendant the United States of America ("United States"), by and through undersigned counsel, hereby files this Notice of Removal ("Notice").  In support of this Notice, the following facts are relied upon.

1.     The United States is in receipt of a Complaint in the case *Kelvin J. Miles v. David Stanley*, No. 2024 CAB 003394, filed in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action") on May 30, 2024.  The U.S. Attorney's Office was served with a copy of the Complaint in the Civil Action on June 11, 2024. A copy of the Complaint is attached hereto as Exhibit A.

2.     The Complaint states common law tort claims and initially named David Stanley ("Stanley") as defendant.

3.      Thereafter, the United States certified that Stanley was acting, or would have been acting, within the scope of his official duties during the events alleged in Complaint, which caused the United States to be automatically substituted for Federal Individuals.  *See* 28 U.S.C. § 2679(d)(2); Westfall Cert. (Ex. B hereto).

4.      Based on the United States' certification, the Westfall Act affords that the civil action "shall be removed without bond at any time before trial by the Attorney General to the district court of the United States for the district and division embracing the place in which the action or proceeding is pending."  28 U.S.C. § 2679(d)(2).

5.      A notice of filing this Notice of Removal will be filed in the Superior Court of the District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. § 1442(a)(1), the Westfall Act, 28 U.S.C. § 2679(d)(2), and 28 U.S.C. § 1446.

Dated: July 11, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  _____*/s/ Kaitlin K. Eckrote*_____
      KAITLIN K. ECKROTE
      D.C. Bar #1670899
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-2485
      Kaitlin.eckrote@usdoj.gov

*Attorneys for the United States of America*

- 2 -